Frank S. Hedin (SBN 291289)
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE PHOENIX, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEVELOPLUS, INC. D/B/A SPLAT,<br><br>　　　　Defendant. | Case No. 5:23-cv-00249-JGB-SHK<br><br>Notice of Voluntarily Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) |

Plaintiff Stephanie Phoenix hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal without prejudice of the above-captioned action.

Dated: April 27, 2023　　　　　　**HEDIN HALL LLP**

　　　　　　　　　　　　　　　　By: /s/ Frank S. Hedin
　　　　　　　　　　　　　　　　　　　Frank S. Hedin

　　　　　　　　　　　　　　　　Frank S. Hedin (SBN 291289)
　　　	　　　　　　　　　　　　fhedin@hedinhall.com

---

Notice of Voluntary Dismissal　　　　1　　　　Case No.: 5:23-cv-00249-JGB-SHK

HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801

*Counsel for Plaintiff and the Putative Class*